## Ayres Boal, Appellant, v. City of Chicago et al., Appellees.

### Gen. No. 43,730.

opinion
filed February 20, 1947; released for publication March 28, 1947. Mason & Mason, for appellant; George A. Mason, of counsel; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Head of Appeals and Review Division, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.